JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

11/5/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANTONIO FERNANDEZ,                )    Case No. CV 19-6568 FMO (MAAx)
                                   )
      Plaintiff,             )
                                   )    **JUDGMENT**
      v.                     )
                                   )
DAN DAMON, et al.,                 )
                                   )
      Defendants.            )
_____)

Pursuant to plaintiff's Request for Entry of Judgment Pursuant to FRCP 68(a) (Dkt. 23), IT IS ADJUDGED THAT:

1.   Judgment shall be entered in favor of plaintiff Antonio Fernandez and against defendants Dan Damon, in individual and representative capacity as trustee of The Dan and Jackie Damon Family Trust UDT August 17, 1999, Randy Ibara, in individual and representative capacity as trustee of The Ibara Family Trust dated 2002, and La Que Si Llena Restaurante Familiar, Inc. ("defendants");

2.   Defendants shall pay plaintiff the sum of $8,100, plus allowable costs, which may include attorney's fees, to be determined by the Court;

3.   No later than six months after the entry date of this Judgment, defendants shall make the following changes to 3626 E. Ceasar Chavez Blvd., Los Angeles, CA 90063 ("Subject Property"), all in compliance with the 2010 Americans with Disabilities Act Standards and the 2016 California Building Code:

a.  Provide an accessible interior path of travel at the Subject Property;

b.  Provide an accessible entrance as follows: will provide a wireless doorbell, accessible signage stating, "For Assistance Please Ring Bell," and a portable ramp;

c.  Provide an accessible path of travel to the La Que Si Llena restroom;

d.  Provide an accessible sales counter at the La Que Si Llena restaurant; and

e.  Provide an accessible sales counter at the La Mexicana Bakery.

4.  The time for completion of the above construction and changes may be modified by the court only for good cause shown by a party, upon notice and after hearing.

5.  This action is **dismissed with prejudice**.

Dated this 5th day of November, 2019.


_____
/s/
Fernando M. Olguin
United States District Judge